IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dajuan Brown
Plaintiff,

v.

Dr. Yu Do Yan K and
The County of Cook, a local
Public entity,
Defendants,

DECLARATION
OF DAJUAN BROWN

Civil Action
No: 13-CV-8306

Honorable Jeffrey T. Gilbert

**FILED**
FEB 20 2015
FEB 2 0 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

With The Most Highly Respect And Honor For Your Magistracy,

Dajuan Brown hereby declares:

I have been incarcerated at The Cook County department of Corrections, Since May 16, 2012. Which I was exposed to "Pulmonary Tuberculosis". From a Cellmate, which I constantly Requested over & over again to be Removed from the Cell. But without any Consideration for my Health Risk. The Cook County Sheriffs' which are the offical officers, Refused to Acknowledge my request. And within a month or so, I contacted the same deadly disease. With the only thing possible that I could do to help myself, was write out my Grievances & to Address The Health Care Unit Numerous times & tell my Primary Caretaker, Dr. Yu Do Yan K, of my serious Conditions of Chronic Coughing Vomiting Blood, with extremely very bad Respiratory Chest and Breathing pains. Which "everybody" threw out the whole compound noticed the extreme excessive amount of weight-loss, that I endured of the amount of 40 pounds. I was literally deteriorating to my death. And due to the Refusal of my Caretaker, Dr. Yu Do Yan K. To take into consideration of the seriousness of my Conditions. After 7 months of argumentive

Discussions. DR. Yu DO YAN K, order me to shut the "F" up and to get the "Hell-out" of his office. I did everything I could to Receive treatment and followed all Rules & Policy procedures as Correctly as possible. Even after being Rejected on numerous occasions not to be seen by him. Which he would see me walking to the back of the dispensary unit and tell me, I do not want to see you and call for the dispensary officer to bring me out, I was out-Raged. Which the only way I could address my problems of my situation correctly was to hire someone to help me fill out an 1983 Federal Law Suit Complaint. Which I have "tried & tried" to incorporate the correct and proper Identities of those who Are Responsible for my Healthcare & Caretaking. But without the "Knowledge" of the correct form-or-way to Litigate My Amended Complaint it was dismissed. Because of the "Lack of Knowledge" to incorporate the facts of how my Rights was Violated. After I had especially paid some wanna be Jail House Lawyer all my little funds to address my situation and to only make things worser, I was beat out of my funds. But because I am slow & very disfunctional, I could not complete the task at hand under my conditions. And as you noticed, I have tried to Receive the Courts help for almost a Year, with only a pile of Rejections. But when I signed over my case to be in front of you. It felt like my prayers had finally been answered. Because you took into account & Noticed how very disfunctional I Really was to litigating and the excessive amount of "strong" psychotherapy medications I Receive for my disorder's. I wanted you to know that I truely Treasure the fact's that you appointed me this Council. Which you stated that you wanted me to at least have a fair chance to present the facts according to my case situation and by appointing me Council, would better enable me & you for fair and better opportunity & understanding

Judge with The Honor and The Most Highly Respect for your Authority. Should you please! Take into "Strong" consideration, That Most Lawyers when appointed As Council for their Clients atleast have "one chance" and opportunity to ReAmend their Clients Complaint. Which they have only been Representing me for only A Few Months and They are doing the best at which, I could have never Accomplished. But only with your Acknowledgement your Honor, This is what you appointed them to do, Represent me to the fullest Capacity. For a fair chance and Equal opportunity. Because without it your Honor, Lord knows I am truely Lost. The 1983 Claim against the defendant, The County of Cook is very Much so Responsible for my well being & Caretaking, I almost Died because of the neglect of My Serious Conditions & Housing. Which The County of Cook should be held Responsible, especially for The failure to Train its empolyee's as well. This has been a problem for year's here at The Cook County Jail and they should be held accountable for their actions. Just as the claim against Dr. Yu Do Yank, It speaks for itself. His intentional inflictions against me knowing the harm and his Cruel behavior. Really express his engagement in "Extreme & Outrageous" conduct when he intentionally knowing & Recklessly Responed to Cursing me out and demanding me to Leave his office. Not even to mention the four or five times he cursed me and walk away saying that he wouldn't see me. Even despite of my diminished Physical Capacity and desperation for medical attention. Your Honor, Because I truely feel that you are a Judge of Respect & Honor, & for Truth & Justice. Please! Take into Serious

Consideration of my Declaration. Because it was written from my Heart & Soul, This mass or Lump thats sitting on my Right Lung affects my Body severely. And absolutely "No-one" wants to accept the full Responsibility for me even catching the disease. And The mistake of not catching the disease properly to obtain the control of the Bacteria before, it started to spread and take control of my lung, leaving a mass or lump in my Right upper Lung Lube. This condition has been Comfirmed That it is life threatening & forever Conditions of Treatment to a pulmonary Specialist, I have to Live & deal with This problem for Life! Which Now at the Present, I have a very Bad Respiratory Breathing Condition, that causes me pain in my Chest & Lung, whenever I Try to Breath. "Pulmonary Tuberculosis is very hard to Recover from. With this declaration I have also sent you a "Newer" copy of my PsychoTherapy Medical Chart. So you can see that my medications have been Raised. My first Complaint form of my 1983 federal Law suit, was very Badly Composed & Litigated, due to my "Lack of Knowledge" & understanding of Litigating which my "PsychoTherapy" Medication makes me very disfunctional & slow. I'm Trying to Learn to deal with it, Sir. Thank you, Your Honor for your time & Assistance. And I hope you consider my declaration, may GOD Bless...

I declare under penalty of perjury that the foregoing is True and Correct Executed at Chicago, IL on 1/31/2015

I, Ali Huseen, wrote this declaration for the assistance of Mr Brown, As a friend...

Huseen 1/31/2015  Thank you Sir!

Daquan Brown

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2014 X 6721

**!This section is to be completed by Program Services Staff - ONLY!** (¡Para ser llenado solo por el personal de Program Services!)

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☒ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME: Brown
PRINT - FIRST NAME: Daluan
ID Number: 2012-0516159
DIVISION: 10#
LIVING UNIT: 3-A
DATE: 11/3/2014

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT**

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

*Give me A Control Number!*

I am grieving about my health situation dealing with an Right "adamantly mass" sitting on my Right upper Lung lube. I've been asking the doctors in division 10# my Primary Care doctors to look into my problems of vibrant chest pains and Breathing. This is very serious! I have very sharp pains in my Chest, which I can not breath hard by inhaling on my Right upper chest and lung lube. I ask for some type of medication or anything to help me deal with this problem. But they don't prescribe me anything! They stated I have to watch and stay in tune with a Pulmonary Specialist. But why? I am not seeing one anymore! They stop it!

**ACTION THAT YOU ARE REQUESTING:** For something to be done about helping me with this problem I'm having of Breathing and Chronic Chest pains. Right now as of today 11/3/2014 I have nothing, no medications, no nothing to deal with this situation!

INMATE SIGNATURE: Daluan Brown

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): S. Freeman
SIGNATURE: Freeman
DATE CRW/PLATOON COUNSELOR RECEIVED: 11/07/14

FCN-47 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE


Page # 6

# ~~Current~~ Medication List  *Look at date Below!!*

```
Patient : BROWN, DAJUAN                    Med Rec # : 00162261z
Address : 2800 S CALIFORNIA                DOB : 06/12/76
          CHICAGO, IL  60608               Sex : Male
Phone   : (773) 674-5475                   Physician :
```

## All Active Medications

**Medications**

**sertraline (sertraline 100 mg Tab UD)**
   100 MG, 1 TAB, Tab, PO, Daily, Routine, 01/24/15 9:00:00, 12 WEEK, 04/18/15 8:59:00

**traZODone (traZODONE 100 mg Tab UD)**
   100 MG, 1 TAB, Tab, PO, Bedtime, Routine, 01/08/15 21:00:00, 12 WEEK, 04/02/15 20:59:00

**divalproex sodium (divalproex sodium 250 mg oral delayed release tablet) (divalproex na 500 mg DR Tab UD)**
   500 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 01/08/15 9:00:00, 18 WEEK, 05/14/15 8:59:00

**hydrochlorothiazide (hydrochlorothiazide 12.5 mg Cap)**
   12.5 MG, 1 CAP, Cap, PO, Daily, Routine, 01/06/15 9:00:00, 16 WEEK, 04/28/15 8:59:00

**gabapentin (gabapentin 100 mg Cap UD)**
   200 MG, 2 CAP, Cap, PO, Q 12 Hr, Routine, 01/05/15 21:00:00, 16 WEEK, 04/27/15 20:59:00

**methocarbamol (methocarbamol 750 mg Tab)**
   750 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 01/05/15 21:00:00, 6 WEEK, 02/16/15 20:59:00

**acetaminophen (acetaminophen 325 mg Tab UD)**
   650 MG, 2 TAB, Tab, PO, Q 6 Hr, PRN, For Pain, Routine, 01/05/15 17:57:00, 8 WEEK, 03/02/15 17:56:00

**chlorhexidine topical (chlorhexidine topical 0.12% liquid (oral rinse))**
   15, ML, Liquid, Swish and Spit, TID, 480, ML, Oral Rinse, 11/13/14 14:06:47, Maintenance, Substitute, r ...
   xsh1den1408p, Constant Indicator

**ibuprofen (ibuprofen 600 mg oral tablet)**
   = 1 TAB, PO, QID, PRN for pain, # 40 TAB, 0 Refill(s), 11/13/14 14:05:00, rxsh1den1408p

**diphenhydrAMINE (diphenhydramine 50 mg Cap UD)**
   100 MG, 2 CAP, Cap, PO, Bedtime, Routine, 11/04/14 21:00:00, 18 WEEK, 03/10/15 20:59:00

**hydrochlorothiazide (hydrochlorothiazide 12.5 mg oral capsule)**
   12.5 MG = 1 CAP, PO, Daily, # 14 CAP, 0 Refill(s), 04/02/14 9:28:00, \\ccbhspserver\CHS10MEDP1

```
Print by :  ADVANI MD, TUSHAR
Printed  :  01/23/15 11:32          (end of report)          Page 1 of 1
```

Certificate of Service

Case No: 13-CV-8306

Judge: Honorable Jeffrey T. Gilbert

I Dajuan Brown, swear under penalty of perjury, That I served a copy of the attached documents on the US Dept of Justice 219. S. Dearborn Street Chicago, IL, By placing in the mail at the Cook County Jail Correctional on the date of (1-31-2015).

*Dajuan Brown*
Signature

Case Title: Dajuan Brown -vs- DR. Yu do yan, K and the County of Cook, a local public entity. Pursant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109. I declare under penalty of perjury that the foregoing is True & Correct, Executed at Chicago, IL on Date (1-31-2015)

*Dajuan Brown*
Signature