# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DAJUAN BROWN,                          )
                                   )
        PLAINTIFF,            )
                                   )     13 C 8306
                                   )
     V.                          )     HON. JUDGE JEFFREY
                                   )     GILBERT
DR. YAN YU,                            )
                                   )
        DEFENDANT.           )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff *pro se* DaJuan Brown and Defendant Dr. Yan K. Yu, O.D., by and through

counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate that this case

be voluntarily dismissed with prejudice, each party to bear their own costs and fees.

**WHEREFORE** the parties request this Court dismiss this case with prejudice, with each

party to bear their own costs and fees.

Dated:  August 16, 2016

**Stipulated and agreed:**

DaJuan Brown
1506 S. Harding
Chicago, IL 60623
312-532-8509
dukeelegance@gmail.com
*Plaintiff pro se*

ASA Justin W. Hanson
Cook County State's Attorney's Office
500 Richard Daley Center
Chicago, Illinois 60602
(312) 603-6304
justin.hanson@cookcountyil.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Justin W. Hanson, Assistant State's Attorney for Cook County, do hereby certify that

I have caused a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH

PREJUDICE and corresponding NOTICE OF FILING to be served upon the following via ~~U.S.~~ *hand delivery*

~~Mail, First Class,~~ *in-person* this 16th day of August, 2016:

DaJuan Brown
1506 S. Harding
Chicago, IL 60623
312-532-8509
dukeelegance@gmail.com
*Plaintiff pro se*

Justin W. Hanson