# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DAJUAN BROWN, | ) |
| | ) |
| PLAINTIFF PRO SE, | ) |
| | ) 13 C 8306 |
| | ) |
| V. | ) HON. JUDGE JEFFREY GILBERT |
| | ) |
| DR. YAN YU, | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF FILING

To: Mr. DaJuan Brown
    1506 S. Harding
    Chicago, Illinois 60623
    312-532-8509
    dukeelegance@gmail.com
    *Plaintiff Pro Se*

**PLEASE TAKE NOTICE** that on August 17, 2016, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached STIPULATION OF DISMISSAL WITH PREJUDICE**.** A copy of this document was previously served upon you via personal hand delivery on August 16, 2016, and is served upon you in duplicate with this Notice.

**DATED** August 17, 2016 – Chicago, Illinois.

                            Respectfully Submitted,

              By:    */s/ Justin W. Hanson*
                       Justin William Hanson
                       Assistant State's Attorney
                       500 Richard J. Daley Center
                       Chicago, IL 60602
                       (312) 603-6304
                       Justin.hanson@cookcountyil.gov

# CERTIFICATE OF SERVICE

      I, Justin W. Hanson, Assistant State's Attorney, hereby certify that I caused the above Notice and referenced document for an extension of time to be served upon the below named persons via personal hand delivery on August 16, 2016 and via U.S. Mail, First Class, on August 17, 2016.

Mr. DaJuan Brown
1506 S. Harding
Chicago, Illinois 60623
312-532-8509
dukeelegance@gmail.com
*Plaintiff Pro Se*

                                        *s/ Justin W. Hanson*
                                        ASA Justin Hanson